IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MC-00048-MOC-SCR

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE NATIONAL
COURT OF FIRST INSTANCE IN
CIVIL MATTERS NUMBER 41 IN
BUENOS AIRES, ARGENTINA IN THE
*MATTER*
*OF ELSA GNIECIAK*

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the National Court of First Instance in Civil Matters Number 41 in Buenos Aires, Argentina, in the *Matter of Elsa Gnieciak,* Foreign Reference Number 753/2022, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, for use in connection with a judicial proceeding in the National Court of First Instance in Civil Matters Number 41 in Buenos Aires, Argentina; and

WHEREAS upon review of the Letter of Request issued by the National Court of First Instance in Civil Matters Number 41 in Buenos Aires, Argentina in the *Matter of Elsa Gnieciak*, seeking evidence from an entity that may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) of the Federal Rules of Civil Procedure that Gill P. Beck, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the National Court of First Instance in Civil

Matters Number 41 in Buenos Aires, Argentina in the *Matter of Elsa Gnieciak*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo Bank in Charlotte, North Carolina, with a copy of this Order and the accompanying documents.

**SO ORDERED**.

Signed: April 16, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge